THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

DATE   3/19/2024

| **DISTRICT JUDGE** | **COURT REPORTER:** Chris Bickham |
|---|---|
| Amos L. Mazzant, lII | **COURTROOM DEPUTY:** Keary Conrad |

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CASE NUMBER 4:21CR138 |
| JOHANN PETER GEHLERT CORONADO | |

| **ATTORNEY FOR GOVERNMENT** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Stevan Buys, AUSA | David Raben |
| | *Interpreter: Melida Ailshire* |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Sentencing |
|---|---|
| 9:15 a.m. | Court in session. Court notes appearances. Parties have reviewed PSR. Defendant acknowledges he fully understands the PSR and is satisfied with the accuracy of the report. No additions, corrections, or comments by the Government. No additions, corrections, or comments by counsel for the Defendant. No objections by Government or Defendant. |
| | The Court notes Defendant pled guilty to Count 2 of the Indictment with an 11c1c plea agreement. |
| 9:18 a.m. | TOL: 40   CHC, I   Count 2: 292 – 365 months imprisonment. The Court notes receipt and review of Defendant's sentencing memorandum (Dkt. #54, sealed). The Court hears from Defendant's counsel regarding what he believes the sentence should be.   The Court accepts the 11c1c plea agreement. |
| 9:18 a.m. | The Court notes receipt and review of the Government's sentencing memorandum (Dkt #53, sealed). Court hears response from the Government. |
| 9:19 a.m. | Defendant allocuted. |
| 9:22 a.m. | The sentence imposed for a total term of 180 months imprisonment. The Court recommends the Defendant receive appropriate mental health treatment. Fine waived, special assessment of $100, supervised release of 5 years, defendant is ineligible for all federal benefits for a period of 5 years (drug distribution). All mandatory and special conditions were referred to as referenced in the PSR. Defendant's counsel confirms that the Defendant is aware of the Court's standing General Order 17.3 and has no objection to those conditions. |

|  | Defendant, through counsel, request placement at USP Coleman or FCI Fort Dix. The Court requests that the Defendant be housed with his brother, Dieter Harald Gehlert Cornado (4:21CR213.1). |
|---|---|
|  | Rights of appeal addressed. |
|  | Court notes preliminary order of forfeiture and will sign final order of forfeiture upon receipt. Government orally moves to dismiss remaining count(s) and underlying indictment(s). The Court orally grants the Government's request. |
| 9:25 a.m. | Defendant remanded to custody of USM. |

**DAVID O'TOOLE, CLERK**

BY: *Keary Conrad*

Courtroom Deputy Clerk